# TIFFANY & BOSCO
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-08889

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Robert Greig Ward, Jr. and Jody Keller Ward<br><br>        Debtors.<br>―――――――――――――――――<br>AEA Federal Credit Union<br><br>        Movant,<br>vs.<br><br>Robert Greig Ward, Jr. and Jody Keller Ward, Debtors; Lawrence J. Warfield, Trustee.<br><br>        Respondents. | No. 0:09-bk-29653-JMM<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY<br><br><br>RE: Real Property Located at<br>14315 Saturn Ave<br>Somerton, AZ 85350 |

      Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 14th day of April, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

MEMORANDUM OF POINTS AND AUTHORITIES

Robert Greig Ward, Jr. and Jody Keller Ward filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Lawrence J. Warfield was appointed trustee of the bankruptcy estate. Debtors have an interest in that certain real property located in Yuma County, AZ, more particularly described as:

THE WEST HALF OF LOT 17, SUN GLOW RANCHETTS, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE COUNTY RECORDER, YUMA COUNTY, ARIZONA, RECORDED IN BOOK 7 OF PLATS, PAGE 1.

Debtors executed a Home Equity Line of Credit secured by a Deed of Trust, dated December 17, 2007, recorded in the office of the Yuma County Recorder's Office. True copies of the Home Equity Line of Credit and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

Debtors are in default on the obligations to Movant for which the property is security, and payments are due under the Home Equity Line of Credit from and after July 1, 2009.

Movant is informed and believes and therefore alleges that the Movant and the bankruptcy estate are not adequately protected based upon the Debtors failure to make payments on a timely basis.

Debtors are currently in default and contractually due for July 1, 2009. The current default amount is set forth below:

| | |
|---|---|
| **10 Monthly Payments at $2,393.89** | **$23,938.90** |
| **(July 1, 2009 - April 1, 2010)** | |
| **Foreclosure Fees and Costs** | **$996.00** |
| **Motion for Relief Filing Fee** | **$150.00** |
| **Attorneys Fees** | **$350.00** |
| **Accrued Late Fees** | **$359.07** |
| **Total** | **$25,793.97** |

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 14315 Saturn Ave Somerton, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtors, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtors and/or successors of Debtors; and to obtain ownership, possession and control of the Property.

DATED this 14th day of April, 2010.

          TIFFANY & BOSCO, P.A.


          By /s/ MSB # 010167
             Mark S. Bosco
             Leonard J. McDonald
             2525 East Camelback Road, Suite 300
             Phoenix, Arizona 85016
             Attorneys for Movant